# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
John Leonard Smith

Case No: 3:05CR00037-001
USM No: 08030-028

Date of Original Judgment: 11/20/2006
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Juval Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** time served.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/20/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/21/2011

*Judge's signature*

Effective Date: _____ *
*(if different from order date)*

The Honorable Richard L. Young
*Printed name and title*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By Nina M. Doyle
Deputy Clerk